JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA, | Case No. CV 20-11523 PA (SKx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| HFJ, LLC, | |
| Defendants. | |

In accordance with the Court's March 30, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: March 30, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE